IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TOMMY BOLDIN, AIS # 142961,    )
    )
      Petitioner,    )
    )
    v.    )    CASE NO. 2:17-CV-170-WKW
    )    [WO]
LEON BOLLING, *et al.*,    )
    )
      Respondents.    )

## ORDER

On May 18, 2017, the Magistrate Judge filed a Recommendation to which no objections have been filed. (Doc. # 11.) Upon an independent review of the record and consideration of the Recommendation, it is ORDERED that:

1.    The Recommendation of the Magistrate Judge (Doc. # 11) is ADOPTED; and

2.    Boldin's 28 U.S.C. § 2254 petition for habeas corpus relief (Doc. # 1) is DISMISSED without prejudice for Boldin's failure to exhaust his state court remedies.

A final judgment will be entered separately.

DONE this 16th day of June, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE